| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| | |
|---|---|
| JIMMIE MARK PARROTT, JR., § | |
| § | |
| Plaintiff, § | |
| § | |
| versus § | CIVIL ACTION NO. 1:20-CV-454 |
| § | |
| BRIAN COLLIER, *et al.*, § | |
| § | |
| Defendants. § | |

**FINAL JUDGMENT**

This action came on before the court, Honorable Marcia A. Crone, District Judge, presiding, and the issues having been duly considered and a decision having been duly rendered, it is

**ORDERED** and **ADJUDGED** that plaintiff take nothing, and this lawsuit is **DISMISSED** without prejudice.

All motions by either party not previously ruled on are **DENIED**.

SIGNED at Beaumont, Texas, this 25th day of January, 2024.

*/s/ Marcia A. Crone*
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE